**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard Besserman, an individual, | ) | No. CV-08-206-PHX-SMM |
|     Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Ira Besserman, an individual, | ) ) | |
|     Defendant. | ) ) | |

Having come before the Court on Plaintiff's Motion for Entry of Default Judgment (Doc.11), and having reviewed the pleadings of record and the Affidavits submitted by Plaintiff in connection therewith, the Court finds that Defendant Ira Besserman was regularly served with process and nonetheless failed to appear and answer Plaintiff's Complaint within the period prescribed by law. On March 17, 2008, the default of Defendant was duly entered by the Clerk of this Court pertaining to Plaintiff's claim for an injunction against Defendant from further defamatory conduct. Good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff shall be awarded Judgment against Defendant and Defendant shall be enjoined from **any and all further defamatory acts against Plaintiff**, including, <u>but not limited to</u>, sending libelous e-mails or making slanderous statements about Plaintiff to third parties.[1]

DATED this 16th day of April, 2008.

_____
Stephen M. McNamee
United States District Judge

---

[1] In his Complaint against Defendant, who is neither infant or incompetent, Plaintiff does not seek a sum certain, but rather seeks to enjoin Defendant from any and all further defamatory acts against Plaintiff. Plaintiff does not wish to enforce his claims for punitive and exemplary damages, nor his claims for costs and attorneys' fees.